# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TRUNG HUY HUU NGUYEN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-1415-JD |
| ) | |
| **PAMELA BONDI, et al.,** ) | |
| ) | |
| Respondents, ) | |

**ENTER ORDER:**

Pursuant to 28 U.S.C. § 455, I recuse as the Magistrate Judge to whom this case is referred to. The Clerk of the Court is directed to return this case to the regular procedure for random selection so that a successor Magistrate Judge may be determined.

By direction of Magistrate Judge Amanda L. Maxfield, we have entered the above enter order.

Joan Kane, Clerk


By: s/Ryan Beam
Deputy Clerk